DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3892
Facsimile: (415) 554-3837
E-Mail: david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MACON, SR., JESSIE MACON, individually and on behalf of the ESTATE OF EDWIN MACON JR.; K.C., by and through her Guardian Ad Litem, KIMBERLY CARR; DIANGELA DAVIS, as personal representative of the estate of EDWIN MACON III; and the ESTATE OF EDWIN MACON JR., by and through JESSIE MACON, the personal representative of EDWIN MACON JR.'s estate,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL HENNESSEY, in his capacity as Sheriff for the CITY AND COUNTY OF SAN FRANCISCO; B. BLOOM, individually and in his official capacity as a Deputy for THE CITY AND COUNTY OF SAN FRANCISCO, fnu CHOI, individually and in his official capacity as a Deputy for the CITY AND COUNTY OF SAN FRANCISCO, fnu NAGUINA, individually and in his official capacity as | Case No. C 06-4904 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE**<br><br>Judge: Hon. Susan Illston<br>Place: Courtroom 10, 19th floor<br><br>Trial Date: n/a |

|   |
|---|
| a Deputy for the CITY AND COUNTY OF SAN FRANCISCO, DR. JOE GOLDENSON, individually and in his official capacity as Director of JAIL HEALTH SERVICES for the CITY AND COUNTY OF SAN FRANCISCO; JOHN POH, individually and in his official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; ROMY ADIAO, individually and in his official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; NIMFA PURIZALAN individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; LIBERTY FORETZA individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; THEODORA BARRANTES individually and in his official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; CHEE LAM individually and in his official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; EVANGELINE ANCELETO individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; fnu FOWLER individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-100, inclusive,<br><br>      Defendants. |

The Parties, through their undersigned counsel, STIPULATE AND AGREE as follows:

1. This case was filed August 14, 2006, and served on some of the defendants shortly thereafter.

2. By mutual agreement of the parties, Defendants have not appeared and answered and no formal discovery has occurred while the parties have been engaged in settlement discussions.

3. The parties hereby request that the Court enter an order staying all deadlines in the case (including the time for defendants to answer or respond) for 30 days from the date of the Case Management Conference, up to and through December 17, 2006, while the parties continue settlement discussions.

STIPULATED AND AGREED:

Dated: November 13, 2006

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Attorney
    DAVID B. NEWDORF
    Deputy City Attorney

By: /s/
    DAVID B. NEWDORF

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

JOHN L. BURRIS
ADANTE D. POINTER
LAW OFFICES OF JOHN L. BURRIS

By: /s/
    ADANTE D. POINTER*

Attorneys for Plaintiffs

*I verify that I have the attorney's fax signature on file and e-mail authorization to e-file this stipulation on plaintiffs' behalf.

/s/
DAVID B. NEWDORF

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT the case is stayed for 30 days up to and including December 17, 2006.

IT IS SO ORDERED.

DATED:_____

*[signature: Susan Illston]*

Hon. Susan Illston
U.S. District Court Judge

The initial case management conference has been continued to Friday, January 5, 2007, at 2:00 p.m.

STIP & ORDER RE STAY
CASE NO. C 6-4904 SI

3

n:\lit\li2006\060219\00410088.doc