JOHN L. BURRIS, SBN 68999
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES JOHN L. BURRIS
7677 OAKPORT STREET, SUITE 1120
OAKLAND, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWIN MACON, SR., JESSIE MACON, individually and on behalf of the ESTATE OF EDWIN MACON JR.; K.C., by and through her Guardian Ad Litem, KIMBERLY CARR; DIANGELA DAVIS, as personal representative of the estate of EDWIN MACON III; and the ESTATE OF EDWIN MACON JR., by and through JESSIE MACON, the personal representative of EDWIN MACON JR.'s estate,

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; MICHAEL HENNESSEY, in his capacity as Sheriff for the CITY AND COUNTY OF SAN FRANCISCO; B. BLOOM, individually and in his official capacity as a Deputy for THE CITY AND COUNTY OF SAN FRANCISCO, fnu CHOI, individually and in his official capacity as a Deputy for the CITY AND COUNTY OF SAN FRANCISCO, fnu NAGUINA, individually and in his official capacity as a Deputy for the CITY AND COUNTY OF SAN FRANCISCO, DR. JOE GOLDENSON, individually and in his official capacity as Director of JAIL HEALTH SERVICES for the CITY AND COUNTY OF SAN FRANCISCO; JOHN POH, individually and in his official capacity as Nurse for the CITY AND

Case No. C 06-4904 SI

**STIPULATION AND [PROPOSED] ORDER TO STAY CASE**

Judge: Hon. Susan Illston
Place: Courtroom 10, 19th floor

Trial Date: n/a

Case 3:06-cv-04904-SI Document 22 Filed 01/10/2007 Page 2 of 3

COUNTY OF SAN FRANCISCO; ROMY ADIAO, individually and in his official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; NIMFA PURIZALAN individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; LIBERTY FORETZA individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; THEODORA BARRANTES individually and in his official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; CHEE LAM individually and in his official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; EVANGELINE ANCELETO individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; fnu FOWLER individually and in her official capacity as Nurse for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-100, inclusive,

Defendants.

//

//

//

//

//

The Parties, through their undersigned counsel, STIPULATE AND AGREE as follows:

1. The parties have reached a tentative settlement agreement and hereby request that the Court enter an order staying all deadlines in the case (including the time for defendants to answer or respond) for 60 days from the date of the Case Management Conference, up to and through March 12, 2007, while the parties work to finalize the settlement agreement.

STIPULATED AND AGREED:

Dated: January 9, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
DAVID B. NEWDORF
Deputy City Attorney

By: /s/ David Newdorf
DAVID B. NEWDORF

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

JOHN L. BURRIS
ADANTE D. POINTER
LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adanté D. Pointer
ADANTÉ D. POINTER

Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT the case is stayed for 60 days up to and including March 12, 2007. The case management conference is continued to Friday, March 16, 2007.

IT IS SO ORDERED.

DATED:____________

Susan Illston

Hon. Susan Illston
U.S. District Court Judge