JOHN L. BURRIS, Esq.  SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MACON, SR., JESSIE MACON individually and on behalf of the ESTATE of EDWIN MACON Jr.; K.C., by and through her Guardian Ad Litem, KIMBERLY CARR; DIANGELA DAVIS, as personal representative of the estate of EDWIN MACON, III; and the ESTATE of EDWIN MACON Jr., by and through JESSIE MACON the personal representative of EDWIN MACON JR.'s estate.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation;  MICHAEL HENNESSY, in his capacity as Sheriff for the CITY and COUNTY OF SAN FRANCISCO; B. BLOOM, individually and in his official capacity as a Deputy for the CITY and COUNTY OF SAN FRANCISCO,  fnu CHOI, individually and in his official capacity as a Deputy for the CITY and COUNTY OF SAN FRANCISCO, fnu NAGUINA, individually and in his official capacity as a Deputy for the CITY and COUNTY OF SAN FRANCISCO, Dr. JOE GOLDENSON, individually and in his official capacity as Director of JAIL HEALTH | Case No. C 06-4904 SI<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING APPOINTMENT OF GUARDIAN AD LITEM** |

**STIPULATION & ORDER [PROPOSED] APPROVING APPOINTMENT OF GUARDIAN AD LITEM**

SERVICES for the CITY and COUNTY OF SAN FRANCISCO; JOHN POH, individually, and in his capacity as NURSE for the CITY and COUNTY OF SAN FRANCISCO; ROMY ADIAO, individually, and in his capacity as NURSE for the CITY and COUNTY OF SAN FRANCISCO; NIMFA PURIZALAN, individually, and in his capacity as NURSE for the CITY AND COUNTY OF SAN FRANCISCO; LIBERTY FORTEZA, individually, and in her capacity as NURSE for the CITY and COUNTY OF SAN FRANCISCO; THEODORA BARRANTES, individually, and in her capacity as NURSE for the CITY and COUNTY OF SAN FRANCISCO; CHEE LAM, individually, and in his capacity as NURSE for the CITY and COUNTY OF SAN FRANCISCO; EVANGELINE ANCELETO, individually, and in her capacity as NURSE for the CITY and COUNTY OF SAN FRANCISCO; fnu FOWLER, individually, and in her capacity as NURSE for the CITY and COUNTY OF SAN FRANCISCO and DOES 1-100, inclusive,

                 Defendants.

_____/

      The parties in this matter hereby stipulate and respectfully request the court approve Kimberly Carr's petition to be appointed the guardian ad litem of minor plaintiff, Kyra Carr. Good cause being that Ms. Carr is the minor's natural mother and does not have an interest adverse to that of the minor.

      In light of the foregoing, the parties hereby respectfully request the court appoint Kimberly Carr as the minor's guardian ad litem.

Dated: June 25, 2007                    The Law Offices of John L. Burris

                                                    By:/s/ Adante D. Pointer_____
                                                   Adanté D. Pointer
                                                   Attorney for Plaintiffs

**STIPULATION & ORDER [PROPOSED] APPROVING APPOINTMENT OF GUARDIAN AD LITEM**

Dated: June 25, 2007  **City and County of San Francisco**
DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
DAVID B. NEWDORF
Deputy City Attorney


By: /s/ David B. Newdorf
    DAVID B. NEWDORF
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, ET AL.

## ORDER

Pursuant to stipulation, it is ORDERED that Kimberly Carr's petition to be appointed the guardian ad litem of minor plaintiff, K.C., is APPROVED.

IT IS SO ORDERED.

Dated: _____  _____
    HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE